IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WESLEY HARRIS, individually, and
as a member of GOURMET SEED
INTERNATIONAL, LLC, et al.,

       Plaintiffs,

v.                                                        CIV 07-0181 JC/KBM

MICHAEL DEAN and DUSTY DEAN,

       Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on Plaintiffs' Motion to Remand Removed Action *(Doc. 12)*. The proposed findings notified the parties of their ability to file objections and that failure to do so waives appellate review. To date, no objections have been filed. For the reasons stated by the Magistrate Judge, I will adopt the proposed findings and recommended disposition.

Wherefore,

IT IS HEREBY ORDERED:

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 22)* is ADOPTED; and

2.    The Motion to Remand Removed Action *(Doc. 12)* is denied.

                                                  s/John Edwards Conway

                                                  _____

                                                  SENIOR UNITED STATES DISTRICT JUDGE