IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WESLEY HARRIS and BARBARA HARRIS,
Individually and as Members of Gourmet Seed
International, LLC,

      Plaintiffs/Counter Defendants,

v.                                                                                              CIV 07-0181 BB/KBM

MICHAEL DEAN and DUSTY R. DEAN,

      Defendants/Counter-Claimants.

## ORDER ADOPTING PROPOSED FINDINGS AND TO SUBMIT SETTLEMENT DOCUMENTS

    There were no objections the Magistrate Judge's proposed findings concerning enforcement of the parties' settlement agreement. Specifically, she found that the "expansion to other horticultural or agricultural businesses not strictly involving the sale of seeds was not contemplated in the August 2006 agreement, and the term is therefore unenforceable as written" but enforceable in all other respects.

    Wherefore,

IT IS HEREBY ORDERED that Plaintiffs' motion to enforce the settlement *(Doc. 75)* be granted in part as set forth in the Magistrate Judge's proposed findings.

IT IS FURTHER ORDERED that the parties submit final closing documents that are consistent with this Order to my chambers no later than Friday, September 4, 2009.

*/s/ Bruce D. Black*
UNITED STATES DISTRICT JUDGE